united states Magistrate Judge
united states courthouse
500 Pearl street Room 1360
NEW YORK NY 10007

DATE 11/30/207

NOTICE OF MOTION

KHAWAR. MAQSOOD
                    Plaintiff,
    Against
V ASTRUE
S. Social Security. CoM   Defendants.

**MEMO ENDORSED**

07 CIV 3002 (DAB)(DFE)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

HONORABLE DOUGLAS F. EATON

Dear Judge EATON

Your Honor. I am the plaintiff Pro se KHAWAR. MAQSOOD
under 42 U.S.C 405(g) Penalty of Perjury follow is true
and law of the united states.
Your Honor. the defendant Attorney Miss RAMIRE. FISHER
she file motion to dismiss my Amended complaint on 11/26/07
she spose to mail the cope of motion to me same day.
By law with Rule 4M
Your Honor I did not Resevad eny thing in the Mail
please notice that.
I am Requesting to Honorable court defendand motion to
dismissing to be denied.

12/5/07 - I deny this
request at this stage.
Douglas F. Eaton

Respectfully submitted
KHAWAR. MAQSOOD
Khawarmaqsood
11/30/207

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

KHAWAR MAQSOOD

                      Plaintiff,

      -against-

V ASTRUE
Social Security.com

                      Defendants.
----------------------------------------X

Affirmation of Service

07 Civ. 3002 (DAB) (DFE)

I, KHAWAR MAQSOOD declare under penalty of perjury that I have served a copy of the attached __NOTICE of motion Buy Mail__ upon __defendant of ATTorney Miss RAMIRE FISHER__ whose address is: __U.S. department of Justice united states ATTorney southern district of new York 86 Chambers street NEW YORK, NY 10007__

Dated: 11/30/07
New York, New York

khawarmaqsood
Signature

1140 Shakespeare AVE 3N
Address

Bronx NY 10452