**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

JAN 1 7 2008

*86 Chambers Street*
*New York, New York 10007*

January 16, 2008

<u>By Hand</u>

Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

**Re: Khawar Maqsood v. Astrue**
**07 Civ. 3002 (DAB)(DFE)**

Dear Judge Eaton:

This Office represents the defendant, Commissioner of Social Security, in the above-referenced matter. Upon review of plaintiff's opposition to defendant's motion to dismiss or in the alternative for summary judgment, I have determined that I need additional information from the Agency to prepare defendant's reply. Therefore, with the consent of plaintiff <u>pro se</u>, I respectfully request a one week extension of time to file defendant's <u>reply</u>, from today, January 16, 2008, until January 23, 2008.

Two prior extensions were granted to defendant to respond to the complaint.

Thank you for your consideration of this request.

*1/18/08 — I grant this request.*
*Douglas F. Eaton*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

**MEMO ENDORSED**

cc: Khawar Maqsood, Plaintiff <u>Pro Se</u>